## LANG *v.* COX.

APPEAL from the Marion Common Pleas.

PETTIT, C. J.—This suit was brought by Cox against Maria Dorsch, James Lang, and Joseph B. Dessar. Judgment was rendered against Lang and Dessar in favor of Cox. Lang only appeals, and has assigned errors, giving no notice to his co-defendant, Dessar, as required by 2 G. & H. 270, sec. 551.

The appeal is dismissed, at the costs of the appellant.

*J. W. Gordon, W. March,* and *H. A. Brouse,* for appellant.
*J. T. Dye* and *A. C. Harris,* for appellee.